IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. WISHART,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>NEIL H. ADLER,<br><br>　　　　　　Respondent.<br>_____/ | 1:09-cv-01118-LJO-SMS (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>ORDER DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS<br><br>(DOCUMENT #23) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on appeal to the Ninth Circuit Court of Appeals.

On April 16, 2010, judgment was entered dismissing the petition for writ of habeas corpus. On May 14, 2010, petitioner filed a notice of appeal and an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.

The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:    June 4, 2010**                     　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE